

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00457-CV

**IN RE E.K.C.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02397
Honorable Richard Garcia, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to September 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Kevin Terrill                          Shawn Darrick Sheffield
      Bexar County District Attorney's Office   Law Office of Shawn Sheffield